HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
JOE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00173-KJN |
| Plaintiff, | **MEMORANDUM TO CONTINUE STATUS HEARING** |
| vs. | Hearing date: January 7, 2022 |
| JOE ROBERTS, | Time: 2:00 p.m. |
| Defendant. | Judge: Honorable Deborah Barnes |

Mr. Joe Roberts, by and through undersigned counsel, requests that his status hearing set for January 7, 2022 be continued to April 22, 2022, for the following reasons:

1. Mr. Roberts is pending sentencing in the Central District of California [2:13-cr-751-TJH-1.] He was arrested on a warrant in the Eastern District of California and remains detained at the Sacramento County Jail. The case has been transferred to the Central District pursuant to Federal Rule of Criminal Procedure 5, but the Court has not issued a transport order at this time on the basis of the Central District Court order described below.

2. The District Court in the Central District, based on the parties stipulation there, has ordered that Mr. Roberts remain in custody in Sacramento so that he can appear remotely for court proceedings in the Central District [2:13-cr-751-TJH-1, Dkt. 487]. The Order reflects that the reason for the Court's order is "logistical issues associated

with his transport during the pandemic, made all the more difficult by the fact he is wheelchair-bound," and given that he may waive his personal appearance and appear virtually pursuant to the CARES Act, unnecessary transportation presents a risk to his health.

3. On January 3, 2022 the Central District Court continued the sentencing to March 7, 2022, on its own motion [2:13-cr-751-TJH-1, Dkt. 499]. The Attorney for Mr. Roberts in the Central District has informed counsel that the parties there are prepared for sentencing.  are working toward the sentencing.

4. The Assistant United States Attorney in the Eastern District of California, Cameron Desmond, does not object to this continuance of status based upon the Central District Court's order and the parties' need for more time there.

5. If Mr. Roberts is sentenced prior to March 7, 2022, the parties will vacate this hearing.

Wherefore, it is requested that this Court continue the status hearing currently scheduled for January 7, 2022, be continued to April 22, 2022 at 2:00 p.m.

Respectfully submitted,

Dated: January 6, 2022

  /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED,

Dated: January 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE