HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00173-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| JOE ROBERTS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Joe Roberts, **that the Status Conference scheduled for July 27, 2022 may be continued to August 30, 2022 at 2:00 pm.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on July 27, 2022.

2. By stipulation, Mr. Roberts now moves to continue the status conference to August 30, 2022 at 2:00 pm.

3. Mr. Roberts is pending sentencing in the Central District of California [2:13-cr-751-TJH-1.] He was arrested on a warrant in the Eastern District of California and remains detained at the Sacramento County Jail. The case has been transferred to the Central District of

California pursuant to Federal Rule of Criminal Procedure 5, but the Court has not issued a transport order at this time due to Mr. Robert's medical status as explained below.

4. The District Court in the Central District of California--based on the parties' stipulation there--has ordered that Mr. Roberts remain in custody in Sacramento so that he can appear remotely for court proceedings in the Central District of California. *United States v. Joe Roberts*, 2:13-cr-751-TJH-1, Dkt. 487 (C.D. Cal). The Order is based on "logistical issues associated with [Mr. Robert's] transport during the pandemic, made all the more difficult by the fact he is wheelchair-bound." Given that Mr. Robert's may waive his personal appearance and appear virtually pursuant to the CARES Act, transportation presents an unnecessary risk to his health.

5. The government does not object to the continuance.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: July 26, 2022                              */s/ Jerome Price*
                                                      JEROME PRICE
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JOE ROBERTS

Date: July 26, 2022                              PHILLIP A. TALBERT
                                                      United States Attorney

                                                      */s/ Cameron Desmond*
                                                      CAMERON DESMOND
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE