HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-mj-00173-KJN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) | |
| JOE ROBERTS, | ) ) | Date: September 28, 2022<br>Time: 2:00pm |
| Defendant. | ) ) ) ) | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Joe Roberts, **that the Status Conference scheduled for September 28, 2022 may be CONTINUED to November 2, 2022, at 2:00 pm.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on September 28, 2022.

2. By stipulation, Mr. Roberts now moves to continue the status conference to November 2, 2022 at 2:00 pm.

3. Mr. Roberts is pending sentencing in the Central District of California [2:13-cr-751-TJH-1.] His sentencing hearing in that matter was recently continued from September 26, 2022 to October 31, 2022. He was arrested on a warrant in the Eastern District of California and

1  remains detained at the Sacramento County Jail.  The case has been transferred to the Central
2  District of California pursuant to Federal Rule of Criminal Procedure 5, but the Court has not
3  issued a transport order at this time due to Mr. Robert's medical status.
4      4.    The District Court in the Central District of California--based on the parties'
5  stipulation there--has ordered that Mr. Roberts remain in custody in Sacramento so that he can
6  appear remotely for court proceedings in the Central District of California. *United States v. Joe*
7  *Roberts*, 2:13-cr-751-TJH-1, Dkt. 487 (C.D. Cal).  The Order is based on "logistical issues
8  associated with [Mr. Robert's] transport during the pandemic, made all the more difficult by the
9  fact he is wheelchair-bound." Given that Mr. Robert's may waive his personal appearance and
10 appear virtually pursuant to the CARES Act, transportation presents an unnecessary risk to his
11 health.
12     5.    The government does not object to the continuance.

                                                          Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

Date: September 26, 2022                */s/  Jerome Price*
                                                          JEROME PRICE
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          JOE ROBERTS


Date: September 26, 2022                PHILLIP A. TALBERT
                                                           United States Attorney

                                                          */s/ Cameron Desmond*
                                                          CAMERON DESMOND
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 26, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE