HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00173-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO TRANSPORT MR. ROBERTS TO CENTRAL DISTRICT OF CALIFORNIA** |
| vs. | |
| JOE ROBERTS, | Date:  November 2, 2022 |
| Defendant. | Time:  2:00pm |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Cameron Desmond, counsel for Plaintiff, and Heather Williams, Federal

Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Joe Roberts,

that the Court may order Mr. Roberts to be transported to the Central District of California

forthwith.

Mr. Roberts is pending sentencing in the Central District of California. Sentencing is

currently scheduled for October 31, 2022.  The Marshal has arranged transportation as early as

next week.    The court has yet to issue a transport order for Mr. Roberts due to his serious

medical issues.  He has so far been able to attend court telephonically.  He also had the ability to

communicate with his lawyer via video teleconference.  However, the Sacramento County Jail

has ended the ability to communicate with attorneys by video conference.  Also, the court in the

Central District of California has ordered Mr. Robert's next appearance to be in person.

1         Therefore, the parties request that this Court direct the Marshal to transport Mr. Roberts

2  to the Central District of California.

3

                                  Respectfully submitted,

4                                  HEATHER E. WILLIAMS

5                                  Federal Defender

6  Date: September 29, 2022         */s/  Jerome Price*          
                                  JEROME PRICE

7                                  Assistant Federal Defender
                                  Attorney for Defendant

8                                  JOE ROBERTS

9

10  Date: September 26, 2022         PHILLIP A. TALBERT
                                  United States Attorney

11

12                              */s/ Cameron Desmond*     
                                  CAMERON DESMOND

13                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6    Dated:  September 30, 2022

7

8

9                                                    DEBORAH BARNES
                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28